UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> JOHN DOE, subscriber assigned IP § <br> address 72.181.213.8, § <br> § <br> *Defendant.* § | Civil Action No. 3:23-CV-0686-X |

## DISMISSAL ORDER

In accordance with Plaintiff's notice of dismissal [Doc. 10], the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 28th day of June, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1